UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0313M-01 (CR) |
| **JEFFREY C. FRANKLIN,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 22 D.C.C. §405(b) |
| | : | (Assaulting, Resisting, or Interfering With a |
| | : | Police Officer While Armed With a Dangerous |
| | : | Weapon); |
| | : | 22 D.C.C. §4504(b) |
| | : | (Possession of a Firearm During the |
| | : | Commission of a Crime of Violence or |
| | : | Dangerous Offense) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about June 19, 2007, within the District of Columbia, **JEFFREY C. FRANKLIN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 2004-FEL-5672 and in the Circuit Court for Prince George's County, Maryland, Criminal Case No. CT050295X, did unlawfully and knowingly receive and possess a firearm, that is, Ruger .45 caliber semi-automatic pistol, and did unlawfully and knowingly

receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about June 19, 2007, within the District of Columbia, **JEFFREY C. FRANKLIN**, without justifiable and excusable cause, and while armed with a deadly or dangerous weapon, that is, a Ruger .45 caliber semi-automatic pistol, did assault, resist, oppose, impede, and interfere with Juan Johnson, a member of a police force operating in the District of Columbia, knowing him to be a police officer, while Officer Juan Johnson was engaged in and on account of the performance of his official duties.

> (**Assaulting, Resisting, or Interfering with a Police Officer While Armed With a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 405(b) (2001 ed.))

## COUNT THREE

On or about June 19, 2007, within the District of Columbia, **JEFFREY C. FRANKLIN**, did possess a firearm, that is, a Ruger .45 caliber semi-automatic pistol, or imitation thereof, while committing the crime of assaulting a police officer, as set forth in Count Two of this indictment.

> (**Possession of a Firearm During the Commission of a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia