UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-178 (JDB) |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY FRANKLIN** | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this unopposed motion to continue the motions hearing in the above captioned case, which is currently scheduled for December 7, 2007 at 9:15 a.m.. In support of this motion, the government states as follows:

1. On September 21, 2007, the Court set the following motions schedule in this case: motions were due on October 5, 2007, responses due on October 31, 2007, and replies due on November 7, 2007. A motions hearing in this matter is scheduled for December 7, 2007 at 9:15 a.m.

2. On November 14, 2007 the defense filed a motion for leave to late file a motion to suppress evidence and statements. On November 30, 2007 the Court granted the defense motion for leave to late file his motion to suppress evidence and statements and ordered the government to respond to the defense motion to suppress by December 5, 2007.

3. The undersigned Assistant United States Attorney is ("AUSA") was on leave and out of the jurisdiction from November 16, 2007 through November 25, 2007, and was scheduled to start a bank robbery trial before the Honorable Paul Friedman on November 29, 2007. The bank robbery trial was eventually continued on November 27, 2007, in response to a last minute defense motion to continue trial in that case.

4. As a result of the late filing of the defense motion to suppress evidence and statements, and the undersigned AUSAs leave and trial schedule, the undersigned AUSA has not had an adequate opportunity to prepare the government witnesses for the motions hearing. Moreover, the government and the defense have re-engaged in plea negotiations and need additional time to determine if this case can be resolved short of trial.

WHEREFORE, it is respectfully requested that this motion be granted, and that the Court continue the motions hearing to a date in early January 2008 that is convenient to the Court.

Respectfully,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 451-058


　　　　　　　　　/s/
By:    LOUIS RAMOS
       ASSISTANT U.S. ATTORNEY
       DC Bar No. 472-176
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 305-2195
       louis.ramos@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-178 (JDB) |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY FRANKLIN** | : | |

**ORDER**

Upon consideration of the government's unopposed motion to continue the motions hearing, it is hereby

**ORDERED** that the motion is **GRANTED.**

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE