UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR-07-178 (JDB) |
| | : | |
| JEFFREY FRANKLIN | : | |
| | : | |
| Defendant. | : | |
| | : | |

FILED

DEC 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Jeffrey Franklin, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offenses to which he is pleading guilty.

On June 19, 2007 at approximately 2:35 p.m., Officer Juan Johnson and Helen Andrews of the Metropolitan Police Department were on patrol in the alley behind the 1300 block of Staples Street, NE when they heard what sounded like a car crash coming from behind them. Ofc. Johnson and Ofc. Andrews then saw the defendant running away from the scene of the accident and into the alley. Ofc. Johnson and Ofc. Andrews pursued the defendant and were able to trap him in the alley when they observed the defendant remove from his waistband a silver in color semi-automatic handgun and toss that handgun to the ground. The defendant was arrested and a silver and black Ruger .45 caliber semi-automatic handgun, serial number 66381815 was recovered a few feet away from where the defendant was seen tossing it.

After being advised of his <u>Miranda</u> rights, the defendant admitted to tossing the gun and also admitted to stealing the gun from a parked car in the Chinatown area of Washington, DC a few weeks before. A trace of the gun by the Bureau of Alcohol, Tobacco, and Firearms revealed that the gun had been stolen from the original owner's parked car when he was in the downtown Washington, DC area in early June 2007.

*Mr. Franklin was convicted of a felony in DC Superior Court, case number 2004FEL5672, and in the Circuit Court for Prince Georges County, Case No. CT050295X.*

_____  
LOUIS RAMOS  
Assistant United States Attorney

_____  
DAVID BOS, Esquire  
Attorney for Defendant

_____  
JEFFREY FRANKLIN  
Defendant

12.7.07  
Date

12-7-07  
Date